```
McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br> MIGUEL ANGEL ARAMBURO-SOLOMAN, )<br>                             )<br>          Defendant.         )<br>_____) | 1:06-cr-00388 LJO<br><br>GOVERNMENT'S MOTION FOR<br>DISMISSAL OF INDICTMENT, AND<br>ORDER THEREON. |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Indictment against defendant MIGUEL ANGEL ARAMBURO-SOLOMAN in the interest of justice, because he is deceased.

DATED: March 22, 2007                   Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         By/s/Dawrence W. Rice, Jr.
                                            DAWRENCE W. RICE, JR.
                                         Assistant U.S. Attorney

///

///

///

1

**ORDER**

IT IS ORDERED that the Indictment in 1:06-cr-00388 OWW against only the above-named defendant, MIGUEL ANGEL ARAMBURO-SOLOMAN, be dismissed in the interest of justice.

IT IS SO ORDERED.

**Dated:   March 22, 2007**                          **/s/ Lawrence J. O'Neill**
b9ed48                                                           UNITED STATES DISTRICT JUDGE